UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GERALD J. ADAMS,** | 3:12-cv-00829-HU |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | |
| Defendant. | |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $7,377.29 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this 22nd day of ~~December~~ January 2014.

_____
Michael A. Simon
United States District Judge

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Gerald J. Adams

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES – ADAMS v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 3:12-cv-00829-HU